*James A. Shanley, Jr.*, special public defender, in support of the petition.

*James A. Killen*, assistant state's attorney, in opposition.

Decided February 4, 1999

STATE OF CONNECTICUT *v.* SAMUEL DUNBAR

The petition of the state of Connecticut for certification for appeal from the Appellate Court, 51 Conn. App. 313 (AC 17143), is denied.

NORCOTT and KATZ, Js., did not participate in the consideration or decision of this petition.

*John A. East III*, assistant state's attorney, in support of the petition.

*G. Douglas Nash*, public defender, in opposition.

Decided February 10, 1999

STATE OF CONNECTICUT *v.* SAMUEL DUNBAR

The defendant's cross petition for certification for appeal from the Appellate Court, 51 Conn. App. 313 (AC 17143), is denied.

BERDON, J., dissenting. I would grant the defendant's cross petition for certification to appeal.

NORCOTT and KATZ, Js., did not participate in the consideration or decision of this petition.

*G. Douglas Nash*, public defender, in support of the cross petition.